AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**DEREIK S. SIMPSON**

## CRIMINAL COMPLAINT

CASE NUMBER:

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between on or about __September 29, 2004 and February 5, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally embezzle, steal, purloin, or convert to his own use a thing of value of the United States, specifically a Dell D600 laptop computer with a value of $2,215.00.

in violation of Title __18__ United States Code, Section(s) __641__.

I further state that I am __SPECIAL AGENT PAUL T. WEARE__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
**SPECIAL AGENT PAUL T. WEARE**
**HOMELAND SECURITY**
**OFFICE OF INSPECTOR GENERAL**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                      City and State

_____       _____
**Name & Title of Judicial Officer**       **Signature of Judicial Officer**