**AFFIDAVIT IN SUPPORT OF ARREST WARRANT**
**DEREIK S. SIMPSON**

Your affiant, PAUL T. WEARE, being duly sworn, deposes and says:

1. I am a Special Agent, Department of Homeland Security, Office of Inspector General and have been so employed since June 2004. Prior to this position, I was a Special Agent, Transportation Security Administration, Office of Internal Affairs and Program Review, from February 2004 to June 2004, and a Special Agent, United States Secret Service, from June 1983 to February 2004.

2. The information contained in this affidavit has been obtained through interviews that I conducted, or information provided to me by other members of the Department of Homeland Security Office of Inspector General, the Naval District of Washington Police Department, the Department of Homeland Security Office of Security and the United States Secret Service

3. Since February 2005, I have been conducting an investigation into the theft of Dell Latitude D600 laptop computers from a storage area at the Department of Homeland Security's Nebraska Avenue Complex, located in the District of Columbia, in violation of Title 18, United States Code, Section 641 (Theft of Government Property). The laptop computers had been obtained under contract by the Department of Homeland Security from a government contractor, Unisys, and had been placed in the storage area awaiting distribution.

4. On January 31, 2005, a representative of Unisys received and inventoried a shipment of Dell Latitude D600 laptop computers at the Nebraska Avenue Complex, which were placed in the storage area. A subsequent inventory by the Unisys representative on the following day showed that fifteen of the laptop computers were missing. As a result, the Department of Homeland Security Office of Security installed video surveillance cameras in the area where the laptop computers were stored.

5. On Saturday, February 5, 2005, at approximately 10:45 p.m., Wackenhut security guards working at the Nebraska Avenue Complex stopped and identified a subject, DEREIK S. SIMPSON, as he exited the storage area with a cart containing five boxes of Dell laptop computers. At the time, SIMPSON was employed by Business Plus Corporation and worked for the United States Secret Service as a contract employee.

6. I have reviewed a copy of the surveillance tape recorded at that time by the Department of Homeland Security Office of Security, and the subject removing the computers appears to be DEREIK S. SIMPSON, with whom I am familiar. In addition, when he was stopped on February 5, 2005, SIMPSON had in his possession three legitimate government-issued identification badges bearing his name and photograph. The identification badges gave SIMPSON access to the

    Nebraska Avenue Complex. A representative of SIMPSON's employer, Business Plus Corporation, told me that SIMPSON worked 6:00 a.m. to 2:30 p.m., Monday through Friday, at another site, and that there was no work-related reason for him to be at the Nebraska Avenue Complex at 10:45 p.m. on a Saturday night.

7. On February 6, 2005, SIMPSON voluntarily returned to the Nebraska Avenue Complex and was interviewed by agents of the Department of Homeland Security Office of Inspector General. During the interview, SIMPSON stated that, during several months preceding February 5, 2005, he had removed approximately sixty laptop computers from the storage area at the Nebraska Avenue Complex and provided them to another individual for a payment of $2,100.00.

8. I interviewed SIMPSON's parents, Dereik Edwards and Diane Simpson, at their place of employment with the United States Secret Service. During the interview, Diane Simpson stated that in October 2004, SIMPSON gave his grandfather, Floyd Simpson, Sr., a laptop computer as a birthday present. Diane Simpson later retrieved the laptop computer from her father and provided it to an agent of the United States Secret Service. The laptop computer was a Dell Latitude D600 laptop computer, which bore the serial number DGMQP51.

9. I provided a representative of Unisys with the serial number for the laptop computer Diane Simpson surrendered to the United States Secret Service. The representative confirmed that the laptop computer was one of 23 laptop computers missing from a shipment received at the Nebraska Avenue Complex on or about September 29, 2004.

10. A Contracting Officer for Department of Homeland Security provided a value of $2,215.00 for each of the Dell Latitude D600 laptop computers contained in the contract with Unisys.

Your affiant states that there is probable cause to believe that between September 29, 2004 and February 5, 2005, DEREIK S. SIMPSON violated Title 18, United States Code, Section 641 (Theft of Government Property) in the District of Columbia.

                                                                                                _____
                                                                                                Paul T. Weare
                                                                                                Special Agent
                                                                                                U.S. Department of Homeland Security
                                                                                                Office of Inspector General

Subscribed and sworn before me
this thirty-first day of August, 2006

_____

United States Magistrate Judge
District of Columbia