AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA
V.

**DEREIK S. SIMPSON**

SEP 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 06 - 387 - M - 01

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____DEREIK S. SIMPSON____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally embezzling, stealing, purloining, or converting to his own use a thing of value of the United States, specifically a Dell D600 laptop computer with a value of $2,215.00

in violation of Title __18__ United States Code, Section(s) __§ 641__.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

(signature)
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

AUG 31 2006   District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/31/06 | Stephenie K. Owens, Deputy US Marshal | Stephenie K. Owens |
| DATE OF ARREST 9/8/06 | | |

1211152