IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | Case No.: 06-mj-00387-AK |
| ) | |
| **DEREIK S. SIMPSON** ) | |
| ) | |

### ENTRY OF APPEARANCE

WILL THE CLERK OF COURT please enter the appearance of Melvin L. Otey, Esq. as counsel for Defendant DEREIK S. SIMPSON in the above-captioned matter.

Respectfully submitted,

\_\_\_\_/s/_____
Melvin L. Otey, Esq.
Law Offices of Melvin L. Otey, PLLC
3609 Georgia Ave., NW Suite 200
Washington, DC 20010
(202) 882-0050 FAX
(202) 882-0022

**Attorney for Defendant**