IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** )<br>)<br>        v.        )<br>)<br>**DEREIK S. SIMPSON** )<br>) | Case No.: 06-mj-00387-AK |

## STIPULATION

The parties, by and through their respective undersigned counsel, stipulate and agree to a waiver of the preliminary hearing in the above-captioned matter. The hearing is currently scheduled for September 27, 2006 at 9:30 a.m.

Respectfully submitted,

/s/
Melvin L. Otey, Esq. #488745
Law Offices of Melvin L. Otey, PLLC
3609 Georgia Ave., NW Suite 200
Washington, DC 20010
(202) 882-0050 FAX
(202) 882-0022

**Attorney for Defendant**

/s/
Jessie K. Liu, Esq. #472845
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, NW Room 4649
Washington, DC 20530
(202) 514-7549

**Attorney for Plaintiff**