**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **DEREIK S. SIMPSON,** | : | **Case No. 06-mj-00387-AK** |
| | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**NOTICE OF ASSIGNMENT AND APPEARANCE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Jessie K. Liu, D.C. Bar Number 472845, telephone number 202-514-7549, and that this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By:  _____/s/_____
JESSIE K. LIU
Assistant United States Attorney
D.C. Bar Number 472845
555 Fourth Street, N.W., Room 4649
Washington, D.C. 20530
Phone:      202-514-7549
Fax:        202-353-9414
E-mail:     Jessie.K.Liu@usdoj.gov